THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRITT B. SCHUYLER, Appellant, v. FRANK L. HEACOX, as Warden of Auburn State Prison, Respondent.— Order affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SIDNEY K. JOHNSON, Appellant, v. THE THOMAS BREEN COMPANY, Appellant, Impleaded with NATIONAL SURETY COMPANY, Respondent, and STATE OF NEW YORK and Others, Defendants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Claim of INTERNATIONAL RAILWAY COMPANY, Appellant, against STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GERTRUDE RAYNER, as Administratrix, etc., of EDWARD A. RAYNER, Deceased, Respondent, v. WILLIAM EASTON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of DILWORTH M. SILVER, as Committee of the Person and Estate of JAN KIEREPKA, an Incompetent Person.— Motion for reargument granted ▌ and appeal submitted upon reargument. We reach the conclusion that under the penalty sections of the two bonds and section 160 of the Civil Practice Act, the surety company should be charged with interest only from May 4, 1931, the date of the order of the court herein, rendered at Special Term. The order entered herein on January 21, 1932, is amended accordingly, on the reargument. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEWIS H. COOK, as Administrator, etc., of SIDNEY COOK, Deceased, Respondent, v. THOMAS ALOE, Doing Business under the Firm Name and Style of ALOE-HANSEN ENGINEERING AND CONSTRUCTION COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ASSURANCE COMPANY OF AMERICA and Others, Appellants, v. JAMES C. DAVIS, Director General of Railroads, etc., Respondent, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of HAROLD MEEGAN, an Attorney at Law.— Report of official referee confirmed, and charges dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.